**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DAVID NATHANIEL REESE,

    Plaintiff,

v.                                                             Case No. 3:18-cv-1186-J-32PDB

VIRGINIA NORTON,

    Defendant.

_____

## **O R D E R**

This case is before the Court on the Motion and Memorandum to Violation of Laws, and Court Proceeding (Doc. 1). On November 26, 2018, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 3) recommending that the case be dismissed with prejudice and the file be closed. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 3), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 3) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED with prejudice**.

3. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of January, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record